**Federal Defenders**
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124 Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

June 26, 2020

The Honorable Judith McCarthy
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

> **SO ORDERED:**
> Application granted.
>
> *Judith C. McCarthy*        *8-27-2020*
> JUDITH C. McCARTHY
> United States Magistrate Judge

Re: United States v. Patrick Gorychka
    19 Mag 11356

Dear Honorable McCarthy:

    I hope this letter finds you well.  I am writing on behalf of Patrick Gorychka and to ask that you modify the terms of his release so that, with prior approval from Pre-Trial Services, Mr. Gorychka may travel to my office to "virtually" meet with an expert.  As background, Mr. Gorchka was charged with violating 18 U.S.C. § 2422(b) on December 5, 2020.  That same day, Mr. Gorchka was released to home-detention and the terms of his release specifically prohibit him from using a computer or from connecting to the internet.  In preparation for Mr. Gorchka's defense, I ask that Your Honor please modify the terms of his release so that he may use a computer at my office to communicate with an expert.[1]  If approved, Mr. Grochka would travel to my office and I would setup a laptop in a large conference room which will enable Mr. Gorchka to communicate via video with the expert.  Of course, I will supervise Mr. Gorchka's use of the computer and I will ensure that he only uses the computer to communicate with the expert.  I expect that, if approved, this would occur next week, most likely on September 1, 2020.

    I have spoken to Pretrial Officer Leo Barrios.  Mr. Barrios does not object to this request.  I have also spoken to AUSA Marcia Cohen and she does not object to this request.

    Thank you very much for your consideration.

Sincerely,

Benjamin Gold

---

[1] Due to the COVID-19 epidemic, this expert is not currently willing to meet with Mr. Gorchka in person.