**Federal Defenders**
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

September 25, 2020

The Honorable Judith McCarthy
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY  10601-4150

    Re:    United States v. Patrick Gorychka
              19 Mag 11356

Dear Honorable McCarthy:

      I am writing to ask for two temporary modifications to the terms of Patrick Gorychka's release.  Specifically, I ask that you to (1) allow Mr. Gorychka to travel to Wisconsin to attend a funeral and (2) permit Mr. Gorychka to – while supervised at West Point – access the internet so that he may visit Department of Defense websites to complete his service separation requirements.

      Regarding the request to travel, Mr. Gorychka's aunt passed away on Tuesday, September, 2020.  The funeral is scheduled for October 3, 2020 in Manitowoc, Wisconsin.[1]  If approved, Mr. Gorychka would drive from New York to Wisconsin on October 1, 2020 and Mr. Gorychka would return to New York on October 8, 2020.[2]  While in Wisconsin, Mr. Gorychka would reside with his father in Manitowoc, Wisconsin.[3]  Mr. Gorychka's father is one of the co-signers on Mr. Gorychka's bond.

      Regarding the request to allow Mr. Gorychka to use a computer, as detailed in the attached letter from Mr. Gorychka's superiors at West Point, Mr. Gorychka is currently going through the discharge process with the Army.  As part of the

---

[1] A copy of the obituary, which includes funeral information, is attached as Exhibit A.

[2] Mr. Gorychka is aware that, pursuant to mandatory guidelines from New York, he will need to quarantine for fourteen days upon his return from Wisconsin.  The Army is also aware of this and has approved Mr. Gorychka's travel and his subsequent quarantine.

[3] I have provided the address and contact information to Mr. Gorchka's father to Pre-Trial Officer Leo Barrios.  Mr. Barrios informed me that Mr. Gorychka's GPS monitor should work in Wisconsin.

process, Mr. Gorychka needs to access several military websites so that Mr. Gorychka can orchestrate his discharge and learn about benefits, such as health benefits, that will be available to him.  This computer usage will be monitored.  The Army has asked for this modification.  A copy of the Army's email and memorandum regarding this request is attached as exhibit B.  As Your Honor will see, the memorandum indicates that Mr. Gorychka's computer access will be "restricted and supervised" and the memorandum lists the specific websites that Mr. Gorychka would access if this request is approved.

       I have spoken to Pre-Trial Officer Leo Barrios and he does not object to these requests.  Similarly, AUSA Marcia Cohen has no objection.

       Thank you very much for your consideration.

       Sincerely,

       Benjamin Gold

cc:    Pre-Trial Officer Leo Barrios
        AUSA Marcia Cohen

SO ORDERED:

_____  9-25-2020
JUDITH C. McCARTHY
United States Magistrate Judge