# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

December 18, 2020

The Honorable Paul E. Davison
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

     Re:    <u>United States v. Patrick Gorychka</u>
             19 Mag 11356

Dear Honorable Davison:

    I am writing to ask that the terms of Patrick Gorychka's release be modified to allow him to move to the Eastern District of Wisconsin to live with his father. As background, Mr. Gorychka has been under supervised release since his arrest in December of 2019. At that time and through today, Mr. Gorychka has been an officer in the United States Army stationed at West Point. Next week, Mr. Gorychka will be discharged from the Army. Because of this, we respectfully ask that the terms of his release be modified to allow him to live in Manitowoc, Wisconsin with his father.[1] If approved, Mr. Gorychka would move on Tuesday, December 22, 2020.

    I have spoken to Pre-Trial Officer Leo Barrios and he does not object to these requests. Additionally, Mr. Barrios has already referred Mr. Gorychka to the Probation Office in the Eastern District of Wisconsin and that office has agreed to supervise Mr. Gorychka if this request is approved by Your Honor. I have also communicated with AUSA Marcia Cohen and she does not object to this request.

    Thank you very much for your consideration.

Application granted 12/18/20

Sincerely,

Benjamin Gold

cc:    Pre-Trial Officer Leo Barrios
       AUSA Marcia Cohen

---

[1] Previously, with the Court's permission and without incident, Mr. Gorychka spent some time at his father's home to attend a funeral for his aunt.